

2005 Decisions

Opinions of the United
States Court of Appeals
for the Third Circuit

12-12-2005

# C.N. v. Ridgewood Bd of Ed

Precedential or Non-Precedential: Precedential

Docket No. 04-2849

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_2005

Recommended Citation

"C.N. v. Ridgewood Bd of Ed" (2005). *2005 Decisions.* Paper 25.
http://digitalcommons.law.villanova.edu/thirdcircuit_2005/25

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova
University School of Law Digital Repository. It has been accepted for inclusion in 2005 Decisions by an authorized administrator of Villanova
University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

———

No. 04-2849

———

C. N., Individually and as
Guardian Ad Litem of J.N., a Minor;
L. M., Individually and as
Guardian Ad Litem of V.M., a Minor;
M. E., Individually and as
Guardian Ad Litem of J.E., a Minor,

Appellants

v.

RIDGEWOOD BOARD OF EDUCATION;
FREDERICK J. STOKLEY; JOYCE SNIDER;
RONALD VERDICCHIO; ROBERT WEAKLEY;
JOHN MUCCIOLO; ANTHONY BENCIVENGA;
SHEILA BROGAN

———

On Appeal from the United States District Court
for the District of New Jersey
(D.C. No. 00-cv-01072)
District Judge:  Honorable Jose L. Linares

———

Argued April 1, 2005
Before:  ALITO, SMITH and FISHER, *Circuit Judges*.

———

**ORDER AMENDING OPINION**

IT IS HEREBY ORDERED that the opinion in the above case, filed December 1, 2005, be amended as follows:

Page 31, the last two sentences in the first full paragraph, which read:

> We explain both conclusions in Part V, sub-sections A & B. Then, in Part VI, we explain why, even assuming the survey was involuntary, no constitutional violations have been shown.

shall read:

> We explain both conclusions in Part IV, sub-sections A & B. Then, in Part V, we explain why, even assuming the survey was involuntary, no constitutional violations have been shown.

By the Court,

*/s/ D. Michael Fisher*
Circuit Judge

Dated:  December 12, 2005